UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22827-GAYLES/GOODMAN

RUBI RODRIGUEZ,

    Plaintiff,
v.

ATLAS PACKAGING, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS DEFENSE COUNSEL

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Defendant, Atlas Packaging, Inc., and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 14th day of August 2024.

                                                        s/Brian H. Pollock, Esq.
                                                        Brian H. Pollock, Esq. (174742)
                                                        brian@fairlawattorney.com
                                                        FAIRLAW FIRM
                                                        135 San Lorenzo Avenue
                                                        Suite 770
                                                        Coral Gables, FL 33146
                                                        Tel: (305) 230-4884
                                                        *Counsel for Defendant*