**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No: 1:24-cv-22827-DPG**

Rubi Rodriguez,

    Plaintiff,

vs.

Atlas Packaging, Inc.,

    Defendant.
_____/

**JOINT STIPULATION**
**FOR DISMISSAL WITH PREJUDICE**

    Come now Plaintiff, Rubi Rodriguez, and Defendants Atlas Packaging, Inc. (collectively, the "Parties"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate and agree to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

WHEREFORE, the Parties petition this Court for an Order dismissing this cause with prejudice.

    DATED: this 20th day of September 2024.

| | |
|---|---|
| **/s/ _Elvis J. Adan_____** | **/s/Brian Howard Pollock_____** |
| Elvis J. Adan, Esq. | Brian Howard Pollock, Esq. |
| Fla. Bar No.: 24223 | FairLaw Firm |
| GALLARDO LAWOFFICE, P.A. | 135 San Lorenzo Ave |
| 8492 SW 8th Street | Suite 770 |
| Miami, Florida 33144 | 33146 |
| Telephone: (305) 261-7000 | Coral Gables, FL 33146 |
| Facsimile: (305) 261-0088 | 305-230-4884 |
| *Counsel for Plaintiff* | Fax: 305-230-4844 |
| | Email: brian@fairlawattorney.com |
| | *Counsel for Defendant* |